# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

## MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/21

November 10, 2021

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15C
New York, NY 10007

      Re:    Keung v. Season Spa 88 Inc., d/b/a Season Spa, et al.
             Case 1:21-cv-06642-GHW

Dear Judge Woods:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for November 17, 2021, at 4:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 9 & D.E. 10]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
     B. Bradley Weitz, Esq. (BW9365)
     THE WEITZ LAW FIRM, P.A.
     Attorney for Plaintiff
     Bank of America Building
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Telephone: (305) 949-7777
     Facsimile:  (305) 704-3877
     Email: bbw@weitzfirm.com

---

Application granted. The initial pretrial conference is adjourned to December 15, 2021 at 3:00 p.m. The joint letter and case management plan described in the Court's August 9, 2021 Order, Dkt. No. 7, is due on or before December 8, 2021.

The parties are also reminded that pursuant to the Court's August 9, 2021 mediation referral order, Dkt. No. 8, the parties must attend mediation at least two weeks prior to the initial pretrial conference.

Plaintiff is directed to serve a copy of this order on all defendants in this action and to retain proof of service.

The Clerk of Court is directed to close the motion currently pending at Dkt. No. 11.

SO ORDERED.

Dated: November 10, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge